UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

November 15, 2002

RE: Eisenstein v. Ceres Marine Terminals, MJG-02-1858

MEMORANDUM FOR COUNSEL

Dear Counsel:

I have reviewed Mr. Postol's letter of November 12, 2002 regarding rescheduling of the settlement conference in this case.

Under the circumstances described in the letter, I think it is appropriate to reschedule the conference to Thursday, March 20, 2003 at 9:15 a.m. in my chambers. Please submit your ex parte letters to me by Friday, March 7, 2003. The remaining terms of my letter to counsel of November 5, 2002 will remain in effect.

At this time, I am not going to address Mr. Postol's request that his client representatives be permitted to attend the conference by telephone. If defendants intend to make this request for the new conference date, Mr. Postol should confer with plaintiff's counsel and advise me whether plaintiff consents to this request at the time the ex parte letters are submitted.

Thank you for your attention to this matter. Despite the informal nature of this letter, it will constitute an order of the Court and will be docketed accordingly.

Sincerely,

Beth P. Gesner
United States Magistrate Judge

cc: Judge Garbis
    Court file