```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

MYLES R. EISENSTEIN           *

      Plaintiff          *

      vs.                 *   CIVIL ACTION NO. MJG-02-1858

CERES MARINE TERMINALS, INC.  *

      Defendant          *

\*    \*    \*    \*    \*    \*    \*    \*    \*

## JUDGMENT ORDER

By separate Order issued this date, the Court has granted Defendant's Motion to Dismiss.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendant CERES MARINE TERMINALS, INC. against Plaintiff MYLES R. EISENSTEIN dismissing all claims with prejudice with~ costs.

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on <u>Thursday, 6 March, 2003</u>.

                                        / s /
                              Marvin J. Garbis
                      United States District Judge