```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

MYLES R. EISENSTEIN            *

       Plaintiff       *

    vs.                        *   CIVIL ACTION NO. MJG-02-1858

CERES MARINE TERMINALS, INC    *

                           *

       Defendant
*     *     *     *     *     *     *     *     *

## MEMORANDUM AND ORDER

The Court has before it Plaintiff's Motion for Reconsideration. Neither a response nor a hearing is necessary.

Plaintiff provides neither argument nor authority supporting his contention that this Court should adopt a different interpretation of the relevant statute than did the Seventh and Ninth Circuits when analyzing similar factual situations. Thus there is no merit in Plaintiff's argument that the Court should reconsider its determination that Plaintiff's action to enforce a judgment of attorney's fees was premature due to the appeal of that decision to the Benefits Review Board

Plaintiff further argues that because the Board has now ruled on Defendants' appeal of the award of attorney's fees, and has affirmed the determination of the ALJ on a portion of

d d

h

eb    ry

xp

now          omp y

ab    im

d ha

h

RDERED    Tuesday, 22 April, 2003

_____/ s /_____
                rb
U