**MYLES R. EISENSTEIN**
**MICHAEL C. EISENSTEIN**
**BRUCE B. EISENSTEIN**
ATTORNEYS AT LAW

&LEXINGTONSTREETS

SUITE 500
THE TITLE BUILDING
110 ST. PAUL STREET
ST. PAUL

**BALTIMORE, MD 21202**
_____

(410) 539-4446
FAX (410) 528-9113
TOLL FREE (800) 498-4406

June 18, 2004

Clerk
United States District Court
for District Court of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

        **Re: Civil Act No.: MJG 02-1858**
        **Myles R. Eisenstein v. Ceres Marine Terminals, Inc.**

Dear Sir/Madame Clerk:

    Enclosed herewith for filing is the Order of Dismissal in the above matter.

                                  Very truly yours,

                                  /s/

                              MICHAEL C. EISENSTEIN

MCE/map
Cc: Lawrence Postol, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MYLES R. EISENSTEIN | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **Civil Act No.: MJG 02-1858** |
| | ) | |
| CERES MARINE TERMINALS, INC. | ) | |
| | ) | |

## **ORDER OF DISMISSAL**

Plaintiff, Myles Eisenstein, and Defendant, Ceres Marine Terminals, Inc. by their counsel, respectfully advise the court they have settled their differences and request this action be dismissed with prejudice, each side bearing its own attorney fees and cost.

## ORDERED

1. This matter is dismissed with prejudice, each side bearing their own attorney fees and cost.

_____   _____
                  Judge                                           Date

We Ask For This:

Plaintiff

By\_\_\_\_/s/_____
Michael C. Eisenstein
The Title Building, Suite 500
110 St. Paul Street
Baltimore, Maryland 21202
(410) 539-4446

Defendant

By\_\_/s/_____
Lawrence P. Postol
Its Attorney
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, DC  20006-4004
(signed copy of document bearing signature of
 Lawrence P. Postol is being maintained in the
 office of Michael C. Eisenstein)