IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MYLES R. EISENSTEIN )
)
Plaintiff
)
v. ) Civil Act No.: MJG 02-1858
CERES MARINE TERMINALS, INC.
)
)
)

## ORDER OF DISMISSAL

Plaintiff, Myles Eisenstein, and Defendant, Ceres Marine Terminals, Inc. by their counsel, respectfully advise the court they have settled their differences and request this action be dismissed with prejudice, each side bearing its own attorney fees and cost.

## ORDERED

This matter is dismissed with prejudice, each side bearing their own attorney fees and cost.

_____/s/_____      7/07/04
Marvin J. Garbis        Date
United States District Judge